**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryon Gene Wiedmer, | ) | Case No. 4:10-cr-114 |
| | ) | |
| Defendant. | ) | |

Defendant was scheduled to make his initial appearance in the above-entitled action on January 11, 2011, at 11:00 a.m. in Fargo, North Dakota (via video). Defendant failed to appear, however.

Defendant's initial appearance and arraignment shall be rescheduled for **January 26, 2011, at 11:00 a.m. at the Quentin N. Burdick US Courthouse, 655 1st Ave. N, Fargo, North Dakota**. Defendant is to report to the Clerk's office in Fargo on the date and time listed above. The court shall preside over this hearing via video from Bismarck.

Defendant is advised that the court is not inclined to reschedule his initial appearance and may issue a warrant for his arrest should he fail to appear. With defendant's permission, the court shall appoint the Federal Public Defender to represent him in this matter. If Defendant has any questions, he should contact the Federal Public Defender's office at (701) 530-2340.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge